AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

_____Central_ District of _California___

| | |
|---|---|
| Hummus Republic Franchising USA, Inc., a Delaware corporation; and New Age Healthy Food Company, LLC, an Arizona limited liability company | ) ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Think Biz LLC, a Nevada limited liability company; Anisha Mody, an individual; Kalpana Mody, an individual; and Does 1 through 10, inclusive | ) ) ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No. 2:26-cv-07712

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Think Biz LLC
c/o Registered Agent / Managing Member
2546 E. Craig Road
North Las Vegas, NV 89030

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric Bensamochan, Esq. (SBN 255482)
The Bensamochan Law Firm, Inc.
2566 Overland Ave., Suite 650
Los Angeles, CA 90064
Tel: (818) 574-5740
Email: eric@eblawfirm.us

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-07712

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: